IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINGWEI YANG,<br><br>Defendant. | CR 26–17–M–DLC<br><br>ORDER |

Before the Court is Defendant Lingwei Yang's Plea Statement in Support of Judicial Removal. (Doc. 45.) The Court finds:

1. The Defendant is not a citizen or national of the United States.
2. The Defendant is a native and citizen of the People's Republic of China.
3. Upon his sentencing in the instant criminal proceeding, the Defendant will be convicted in the United States District Court, District of Montana, on violation of 18 U.S.C. § 1349, conspiracy to commit wire fraud.
4. The maximum sentence for this violation is 20 years of imprisonment and a $250,000 fine.
5. The Defendant is, and at sentencing will be, subject to removal from the United States pursuant to § 212(a)(2)(A)(iii) of the Immigration and

Nationality Act (INA), 8 U.S.C. § 1227(a)(2)(A)(iii) as the conviction qualifies as an aggravated felony under 8 U.S.C. § 1101(a)(43)(M).

6. The Defendant has waived his right to notice and a hearing under § 238(c) of the INA, 8 U.S.C. § 1228(c).
7. The Defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.
8. The Defendant has designated the People's Republic of China as the country for removal, pursuant to § 240(d) of the Act, 8 U.S.C. § 1229a(d).

Accordingly, IT IS ORDERED, pursuant to § 238(c) of the INA, 8 U.S.C. § 1228(c) that the Defendant shall be removed from the United States promptly upon his release from confinement and that the Defendant be ordered removed to the People's Republic of China.

DATED this 17th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court